NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DION T. STEVENSON,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No. 2D17-1946
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____ )

Opinion filed February 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Daniel L. Perry, Judge.

Howard L. Dimmig, II, Public Defender and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.